# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **JERRY DREGIN** | **CIVIL ACTION NO. 3:17-1313** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WARDEN JACKSON PARISH CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this Court abstains from exercising jurisdiction over Petitioner's Writ of Habeas Corpus, and his claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, because this Court lacks jurisdiction, Petitioner's Motion for Restraining Order [Rec. Doc. 6] is **DENIED**.

**MONROE, LOUISIANA,** this 19th of January, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE